## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-21-22-D |
| | ) | |
| JATARVIS MANDEZ PRATT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are Defendant's Motions in Limine [Doc. Nos. 13, 14].  Counsel for the United States filed a response [Doc. No. 25] stating that they do not intend to offer any of the evidence identified therein in its case-in-chief as long as Defendant does not open the door.  Accordingly, Defendant's Motions in Limine [Doc. Nos. 13, 14] are **DENIED** as **MOOT**.  *See, e.g., United States v. Cline*, 188 F. Supp. 2d 1287, 1297 (D. Kan. 2002) ("This request is denied as moot, because the government does not intend to offer any such evidence in its case in chief.").  The Court cautions counsel to approach the bench before presenting any evidence that could be subject to Defendant's motions in limine.

**IT IS SO ORDERED** this 3rd day of June 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge